UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOVEREIGN BANK,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

Case No. 1:10-cv-1208

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Federal Insurance Company has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Federal Insurance Company shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: January 4, 2011

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge