UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOVEREIGN BANK, a Federal Savings Bank, | Case No.  1:10-cv-1208 |
| Plaintiff, | |
| v. | HONORABLE PAUL L. MALONEY |
| FEDERAL INSURANCE COMPANY, | |
| Defendant. | |

**RULE 58 JUDGMENT**

Final judgment is hereby entered in favor of defendant Federal Insurance Company and against plaintiff Sovereign Bank.

IT IS SO ORDERED this 2nd day of September 2011.

  /s/    Paul  L.  Maloney
Paul L. Maloney
Chief United States District Judge